# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

July 21, 2026

John Bailey
U.S. DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0000

    RE:  26-2183  Ersultan Ermekov v. Markwayne Mullin, et al

Dear Counsel:

    Your motion to hold the case in abeyance has been filed and will be referred to the court. Until the court has rendered a decision on the motion, the briefing schedule will be suspended. You will be advised when a revised briefing schedule is established.

        Susan E. Bindler
        Clerk of Court

CRJ

cc:    Benjamin David Bergmann
     Brandon J. Gray
     Alexander David Smith

       District Court/Agency Case Number(s):  1:26-cv-00041-LTS